## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No 20-21893-JAD |
| | : | |
| SRG CRANBERRY, LLC, | : | |
| | : | |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| | : | Adv. Proc. No. 21-02083-JAD |
| ROBERT SCHEARER, CHAPTER 7 TRUSTEE | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | Related to Dkt. Nos. 1 & 3 |
| v. | : | |
| | : | |
| SOMERSET TRUST COMPANY, RICHARD M. STERN, and BRIAN S. PEKARCIK, | : | |
| | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Matthew J. Burne, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 17th day of August, 2021, I served a copy of the within Complaint, Summons and First Pretrial Order by U.S. First Class Mail, postage pre-paid, and electronic mail in accordance with Rule 7004 of the Fed. R. Bankr. P. on the following Defendant:

Richard M. Stern
c/o Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
Email: rlampl@lampllaw.com

Brian S. Pekarcik
c/o Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
Email: rlampl@lampllaw.com

1

Dated: August 17, 2021

Respectfully Submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

By: */s/ Matthew J. Burne*
David W. Lampl, Esq.
PA ID No. 28900
Matthew J. Burne, Esq.
PA ID No. 314888
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Ph: (412) 261-1600 / Fax: (412) 227-5551
dlampl@leechtishman.com
mburne@leechtishman.com

*Special Counsel to Robert Shearer, Chapter. 7 Trustee*